WILLIAM F. MCCULLOUGH, an Infant, by ANNA McCULLOUGH, His Guardian ad Litem, Respondent, v. WILLIAM F. CAMPION, Appellant.

*McCullough* v. *Campion*, 178 App. Div. 943, affirmed.

(Argued May 8, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that while engaged in constructing and repairing Canal street in Whitehall, defendant placed a pile of paving brick, from four and one-half to six feet high, along the curb of the westerly sidewalk of said street and that by reason of defendant's negligence in piling this brick, one of them fell from the top of the pile and struck plaintiff as he was walking northerly on the westerly sidewalk of said street, inflicting upon him severe and permanent injuries.

*L. B. McKelvey* and *Frank J. O'Neill* for appellant.

*James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.